with this court on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said proceeding to be argued or submitted when reached. Richard P. Jones, Esq., of 141 Broadway, New York, N. Y. is assigned as counsel for the petitioner for the purposes of this proceeding. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE ANGELET.— Motion granted insofar as to extend the defendant-appellant's time to serve and file the record on appeal and appellant's points to and including March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of WILLIAM WIGGINS against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York.— Motion to dismiss proceeding granted, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT KIRK against HENRY J. NOBLE, as Warden.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of PERRY J. FULLER, Deceased. FRIEND L. TUTTLE, Individually et al.; JOHN F. MOORE, JR., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ MARIO J. CARIELLO et al. v. CITY OF NEW YORK.— Motion granted on condition that the movant serves and files its brief *amicus curiæ* with this court on or before March 1, 1960. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of the Estate of ELLA J. SELIGMANN, Deceased. JACQUELINE SELIGMANN; FRANCOIS-GERARD SELIGMANN.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JERRY ROBERTSON.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ ATWOOD-RICHARDS, INC. v. UNITED STATES SPINACH & MEAT CORP.— Motion to dispense with printing and for a stay denied in all respects, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ GEORGE MORENG v. ARTHUR I. BOYER et al.— Motion for enlargement of time denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ GEORGE MORENG v. ARTHUR I. BOYER et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ JOSEPH MORENG IRON WORKS, INC. v. ARTHUR I. BOYER et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J.. Breitel, McNally, Stevens and Bastow, JJ.

## (February 29, 1960)

■ In the Matter of LOUBOR RESTAURANT, INC., Petitioner, against THOMAS E. ROHAN et al., Constituting the New York State Liquor Authority, Respondents.— Determination unanimously confirmed and the petition dismissed, with